FILED
2017 Aug-17 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**MARGO CRAIG, on behalf of Herself and all Other Employees or Former Employees of the ALTEGRA HEALTH OPERATING COMPANY**

    Plaintiff,

v.

**ALTEGRA HEALTH OPERATING COMPANY, INC.,**

    Defendant.

_____/

**Case Number:**
**5:17-cv-00505-MHH**

## ORDER

Consistent with the memorandum opinion entered contemporaneously with this order, the Court approves the parties FLSA settlement and **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

The Court directs the Clerk to please close the file.

**DONE** and **ORDERED** this _____, 2017.

_____
**Madeline Hughes Haikala**
UNITED STATES DISTRICT JUDGE