FILED
2017 Sep-20  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MARGO CRAIG, on behalf of herself and all Other Employees or Former Employees of the ALTEGRA HEALTH OPERATING COMPANY** | ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.: 5:17-cv-00505-HGD |
| | ) ) ) ) | |
| vs. | ) ) | **CLASS ACTION** |
| **ALTEGRA HEALTH OPERATING COMPANY INC.** | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF ATTORNEY TIME RECORDS AND EXPENSES

COMES NOW, undersigned counsel for the Plaintiff, and files this Notice of Attorney Time Records and Expenses in the above-styled cause and, in support, states as follows:

| | |
|---|---|
| TOTAL ATTORNEYS FEES: | |
| Hourly Rate of $350.00 x 35.30 hours<br>A detailed reporting of attorney fees is attached hereto as Exhibit A. | $12,355.00 |
| | |
| EXPENSES: | |
| U.S. District Court Filing Fees | $400.00 |
| | |
| TOTAL EXPENSES | $400.00 |
| | |
| TOTAL TIME AND EXPENSES | $12,755.00 |

Although counsel for the Plaintiff has spent 35.30 hours doing legal work on behalf of the Plaintiff as reflected in Exhibit A, and her normal hourly rate requested in these matters is between $350.00 and $375.00 per hour, she has agreed to accept a greatly reduced sum to resolve this matter of payment at a total of $3,500.00 in attorneys' fees.

Respectfully submitted this the 20th day of September, 2017.

                                                s/ Teri Ryder Mastando
                                                Teri Ryder Mastando (ASB-4507-E53T)
                                                MASTANDO & ARTRIP, LLC
                                                *Attorneys for Plaintiff*
                                                301 Washington St., Suite 302
                                                Huntsville, Alabama 35801
                                                Phone:      (256) 532-2222
                                                Fax:            (256) 513-7489
                                                teri@mastandoartrip.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of September, 2017, I have electronically filed the foregoing with the Clerk of the Court and served a copy of same upon the following by electronic service, by facsimile or by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Josh C. Harrison
Attorney for Defendant
OGLETREE, DEAKINS, NASH, SMOAK
&STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203

                                                s/ Teri Ryder Mastando
                                                Teri Ryder Mastando