# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARGO CRAIG, on behalf of herself and all Other Employees or Former Employees of the Altegra Health Operating Company,** | } } } } } |
| **Plaintiff,** | } **Case No.: 5:17-cv-00505-MHH** } } |
| **v.** | } } |
| **ALTEGRA HEALTH OPERATING COMPANY, INC.,** | } } |
| **Defendant.** | |

## FINAL ORDER

Consistent with the text order in which the Court approved the parties' settlement of this FLSA action, (Doc. 16), the Court dismisses this action with prejudice. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 4, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE